FILED
CLERK, U.S. DISTRICT COURT

JUN 19 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS R. URRUTIA, ) NO. SACV 08-0044-PA(CT)
)
        Petitioner, )
) ORDER ACCEPTING MAGISTRATE
    v. ) JUDGE'S REPORT AND
) RECOMMENDATION
)
DEBRA DEXTER, Warden, )
)
        Respondent. )
_____ )

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendation of the magistrate judge.

    Accordingly, IT IS ORDERED THAT:

    1.   The request for an evidentiary hearing is denied.

    2.   The report and recommendation is accepted.

    3.   Judgment shall be entered consistent with this order.

    4.   The clerk shall serve this order and the judgment on all counsel or parties of record.

IT IS SO ORDERED.

DATED: June 19, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE