UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. URRUTIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　Respondent. | NO. SACV 08-0044-PA (CT)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: June 19, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE